**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-7196**

───────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

TIMOTHY GADSON, a/k/a Tanaka,

             Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.   C. Weston Houck, Senior District
Judge.  (4:01-cr-00817-CWH-1)

───────────

Submitted:  August 4, 2010         Decided:  October 29, 2010

───────────

Before KING, SHEDD, and DUNCAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Timothy Gadson, Appellant Pro Se.  Alfred William Walker Bethea,
Jr., Assistant United States Attorney, Florence, South Carolina,
for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Gadson appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>United States v. Gadson</u>, No. 4:01-cr-00817-CWH-1 (D.S.C. May 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>